JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FRED DORTON,<br><br>    Plaintiff,<br><br>    v.<br><br>DAISY LEE STERKEL, et al.,<br><br>    Defendants. | Case No. 2:24-cv-03603-JFW-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is DISMISSED with prejudice.

Dated: November 21, 2024

_____
JOHN F. WALTER
United States District Judge