```
                                              CC:   Magistrate Judge John D. Early
                                                    9th Circuit Court of Appeals
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED DORTON, | Case No. **CV 24-3603-JFW-JDE** |
| Plaintiff, | **AMENDED ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| DAISY LEE STERKEL, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1), the First Amended Complaint (Dkt. 16), the Report and Recommendation of the magistrate judge issued on September 6, 2024 (Dkt. 18, "Report"), and Plaintiff's Objections to the Report, which the Court has considered (Dkt. 22, "Objections").

The Court has engaged in a *de novo* review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing this action with prejudice.

Dated: January 15, 2025

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE